# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON LOMACK,<br><br>          Plaintiff(s),<br><br>v.<br><br>CAPITAL ONE, et al.,<br><br>          Defendant(s). | Case No. 2:24-cv-00251-JAD-NJK<br><br>**ORDER** |

The docket reflects that Plaintiff has paid the filing fee. Docket No. 6. Accordingly, the application to proceed *in forma pauperis* (Docket No. 1) is **DENIED** as moot. Moreover, the Court will not screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). The Clerk's Office is INSTRUCTED to file Plaintiff's complaint (Docket No. 1-1) on the docket and to issue summonses. Plaintiff must effectuate service within 90 days. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: August 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge