# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON LOMACK,<br>　　　Plaintiff,<br>v.<br>CAPITAL ONE,<br>　　　Defendant. | Case No. 2:24-cv-00251-JAD-NJK<br>**Order** |

　　　To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by February 12, 2025.

　　　IT IS SO ORDERED.

　　　Dated: February 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1