# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON LOMACK., <br>     Plaintiff, <br> v. <br> CAPITAL ONE, <br>     Defendant. | Case No. 2:24-cv-00251-JAD-NJK <br><br> **Order** <br><br> [Docket No. 25] |

    Pending before the Court is Defendant's proposed discovery plan. Docket No. 25. Defendant submits that "Plaintiff has thus far refused to participate in discovery and has ignored [Defendant's] multiple attempts to communicate about this lawsuit." *Id*. at 1. Defendant submits this proposed discovery plan to comply with the Court's order. *Id*. at 2; *see also* Docket No. 24. Proposed discovery plans must be submitted jointly. Local Rule 26-1(a).

    Accordingly, Defendant's proposed discovery plan is **DENIED** without prejudice. Docket No. 25. Plaintiff must make himself available for a 26(f) conference no later than February 18, 2025. The parties must file a joint discovery plan no later than February 21, 2025. **PLAINTIFF'S FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

    IT IS SO ORDERED.

    Dated: February 13, 2025

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge